UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHIMCO INDUSTRIES, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-00860-O |
| | § | |
| SENTRY INSURANCE A MUTUAL | § | |
| COMPANY | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Rhimco Industries, Inc., and Defendant, Sentry Insurance A Mutual Company, jointly move to dismiss with prejudice all claims which either Plaintiff or Defendant have asserted, or could have asserted, against each other in this lawsuit. In support of this motion, Plaintiff and Defendant would show the following:

1.

Plaintiff and Defendant would show that a settlement has been reached between Plaintiff and Defendant as to all claims and matters involved in this lawsuit. As Plaintiff and Defendant have settled all issues in this lawsuit as it relates between them, Plaintiff and Defendant would now jointly move the Court to dismiss all claims Plaintiff has asserted, or could have asserted, against Defendant, with prejudice to the refiling of same, and to dismiss all claims which Defendant has or could have asserted against Plaintiff, with prejudice to the refiling of same.

For all of the above reasons, Plaintiff and Defendant would jointly move the Court to issue an order of dismissal, dismissing all of Plaintiff's claims asserted in this lawsuit, or which could have been asserted in this lawsuit, by Plaintiff against Defendant, with prejudice to the refiling of same, and dismissing all claims which Defendant has or could have asserted in this lawsuit against Plaintiff, with prejudice to the refiling of same, with all costs of court to be borne by those parties

who incurred them.

                    Respectfully submitted,

                    /s/John R. Lively
                    John R. Lively
                    State Bar No. 12435000
                    John R. Lively, Jr.
                    State Bar No. 24034542
                    Daniel R. Aguilar
                    State Bar No. 24078125
                    LIVELY & ASSOCIATES, L.L.P.
                    201 Main Street, Suite 1260
                    Fort Worth, Texas 76102
                    (817) 338-1030 (telephone)
                    (817) 338-1050 (facsimile)
                    E-mail: John.Lively@LivelyLLP.com
                    ATTORNEY FOR PLAINTIFF
                    RHIMCO INDUSTRIES, INC.

                    /s/Russell J. Bowman
                    Russell J. Bowman
                    Texas State Bar No. 02751550
                    800 West Airport Freeway, Suite 860
                    Irving, Texas 75062
                    (214) 922-0220
                    (214) 922-0225 (FAX)
                    E-Mail: russelljbowman@sbcglobal.net
                    ATTORNEY FOR DEFENDANT
                    SENTRY INSURANCE A MUTUAL COMPANY

## CERTIFICATE OF SERVICE

       This is to certify that on August 17, 2016, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: John Lively, Attorney for Plaintiff, Rhimco Industries, Inc..

                    /S/Russell J. Bowman
                    Russell J. Bowman