**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RHIMCO INDUSTRIES, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:15-cv-00860-O |
| **SENTRY INSURANCE A MUTUAL COMPANY,** | § § § | |
| Defendant. | § § § | |

**ORDER**

Before the Court is the parties' Joint Motion for Dismissal with Prejudice (ECF No. 34), filed August 17, 2016. The parties notified the Court that this case has been fully settled and as part of the settlement, each party agrees to dismiss with prejudice all asserted claims and counterclaims. Accordingly, it is **ORDERED** that this case is **DISMISSED with prejudice**, and each party shall pay their own attorney's fees and court costs.

**SO ORDERED** on this **18th day** of **August, 2016.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**